UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **FELIX L. SORKIN,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. H-04-4182** |
| | § | |
| **AMSYSCO, INC.,** | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion to compel Defendant to respond to Plaintiff's outstanding discovery requests for financial information and documents. As announced at the motion hearing held today, the Court finds that discovery regarding Defendant's finances will be appropriate only after this Court's resolution of Defendant's pending summary judgment motion as well as any dispositive motions that Plaintiff chooses to submit. Plaintiff's motion to compel, Docket No. 94, is therefore **DENIED AS MOOT WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 3rd day of April, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**